| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Wu, George H. | 2. Court or Organization Central District of California | 3. Date of Report 09/07/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Court Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | XXXX Family Trust ("Trust #1") |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 11/03/1993 | CALPERS - California State Judge's Retirement System - Eligible to commence payment of retirement benefits from 13 years on state court bench beginning in 2013 |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | CALPERS - California State Judge's Retirement System - retirement benefits | $94,272.12 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Washington University Law School | May 11 - 13, 2015 | Washinton, D.C. | Lecture at Law School's 2015 Symposium on Intellectual Property | Transportation, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Provident Funding | Co-borrower for mortgage on real property in Trust #1 | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wu, George H. | 09/07/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America accounts | A | Interest | M | T | | | | | |
| 2. Fidelity Rollover IRA (H): SDGAX | A | Dividend | L | T | | | | | |
| 3. Fidelity Rollover IRAs (H): -FPURX | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 4. Allianzgi Focused Growth CL C (PGWCX) | A | Dividend | J | T | | | | | |
| 5. Los Angeles County 401K - Savings 2015 Target Date Fund | | None | L | T | | | | | |
| 6. Los Angeles County 401K - Savings Non-U.S. Equity Fund | | None | K | T | | | | | |
| 7. Los Angeles County 401K - Savings Small Cap Equity Fund | | None | L | T | | | | | |
| 8. Los Angeles County 401K - Savings Balanced Fund | | None | K | T | | | | | |
| 9. Los Angeles County 401K - Savings Bond Fund | | None | M | T | | | | | |
| 10. Los Angeles County 401K - Savings Stable Value Fund | | None | L | T | | | | | |
| 11. Los Angeles County 457 Plan-Horizons Stable Income Fund | | None | L | T | | | | | |
| 12. Los Angeles County 457 Plan-Horizons Balanced Fund | | None | K | T | | | | | |
| 13. Los Angeles County 457 Plan-Horizons Large Cap Equity Fund | | None | K | T | | | | | |
| 14. Los Angeles County 457 Plan-Horizons Non-U.S. Equity Fund | | None | J | T | | | | | |
| 15. Personal and Real Property in Trust #1 | | None | P1 | W | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

As for the accounts delineated in Part VII Nos. 5 through 14, they are all parts of two 401(k) plans into which I enrolled while a state court judge. All of these items consist of investment accounts where the manager selects various mutual funds into which the monies of the account are placed for a certain period of time. When an employee elects to direct a portion of his or her earnings into said account, he or she receives a number of "shares" equal to the amount invested. During any time frame, the prices of the shares may go up or down. When the employee exits the plan and/or otherwise sells the shares, there is "income" recognized. However, during the periods when the employee leaves the shares in the account, there is no calculation of (or apparently a way to calculate) income to the employee in that situation as the employee is not informed of the transactions engaged in by the fund manager. I contacted the staff for the Committee on Financial Disclosure, explained the above scenario, and indicated that the best I could do would be to provide the difference in my share prices between the start of the reporting year and its end. I was informed that that procedure would not be entirely accurate and the better response would be to indicate no reportable income and provide an explanation in Part VIII. Consequently, as to Part VII Nos. 5 through 14, I have entered "none" at the Part VII(B)(2) column and have left the Part VII(B)(1) column blank.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ George H. Wu**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544